Jeffrey A. French, Esq., State Bar No. 174968
GREEN BRYANT & FRENCH, LLP
1230 Columbia Drive, Suite 1120
San Diego, California 92101
Telephone:    (619) 239-7900
Facsimile:    (619) 239-7800

Attorneys for Respondent, 1401-1463 North Broadway Maintenance
Corporation, dba Sommerset Woods Homeowner's Association

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | ) Case No.: 11-16362-LT7 |
| | ) |
| JORGE ALBERTO CAZARES | ) Assigned For All Purposes To: |
| RODRIGUEZ, | ) Chief Judge Laura S. Taylor |
| | ) |
| Debtor, | ) **AMENDED STIPULATION TO** |
| | ) **CONTINUE HEARING DATE AND ALL** |
| Vs. | ) **RELATED DATES RE: DEBTOR'S** |
| | ) **MOTION FOR CONTEMPT AND** |
| 1401-1463 NORTH BROADWAY | ) **SANCTIONS FOR VIOLATION OF THE** |
| MAINTENANCE CORPORATION, a | ) **DISCHARGE INJUNCTION** |
| California Corporation; RANCHO | ) |
| BERNARDO CONDOMINIUM | ) |
| MANAGEMENT, INC., a California | ) |
| Corporation dba ELITE COMMUNITY | ) |
| MANAGEMENT; SOMMERSET WOODS | ) |
| HOMEOWNER'S ASSOCIATION; and | ) |
| DOES 1-10, | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

The Debtor, JORGE ALBERTO CAZAREZ RODRIGUEZ's Motion for Contempt and Sanctions Against 1401-1463 North Broadway Maintenance Corporation; Rancho Bernardo Condominium Management, Inc. dba Elite Community Management; and Sommerset Woods Homeowner's Association for Violation of the Discharge Injunction ("Motion") is presently on calendar to be heard by the court on July 31, 2014, at 10:00 a.m. in Department 3, Room 129, of the above entitled court.

The parties hereto, by and through their respective attorneys of record, do hereby STIPULATE AS FOLLOWS:

1.  The hearing on the Motion to be continued from July 31, 2014, to September 11, 2014, at 10:00 a.m., in Department 3, Room 129.

2.  Respondents will be required to file and serve an opposition to the Motion on or before August 28, 2014 (14 days prior to the hearing).

3.  The Debtor will be required to file a reply to the Respondents' opposition on or before September 4, 2014 (7 days prior to the hearing).

IT IS SO STIPULATED

Dated: July 10th, 2014                    BANKRUPTCY LAW CENTER, APC

                                          By: _____
                                               Ahren A. Tiller, Esq.
                                               Attorneys for Debtor Jorge Alberto
                                               Cazares Rodriguez


Dated: July 10, 2014                      **GREEN BRYANT & FRENCH, LLP**

                                          By: _____
                                               Jeffrey A. French, Esq.
                                               Attorneys for Respondent 1401-1463
                                               North Broadway Maintenance
                                               Corporation, dba Sommerset Woods
                                               Homeowner's Association