Vik Nagpal, State Bar No. 214455
vnagpal@bremerwhyte.com
Brad S. Beherns, State Bar No. 276651
bbeherns@bremerandwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
501 West Broadway
Suite 1750
San Diego, CA 92101
Telephone: (619) 236-0048
Facsimile: (619) 236-0047

Attorneys for Respondents,
1401-1463 NORTH BROADWAY MAINTENANCE
CORPORATION AND ELITE COMMUNITY
MANAGEMENT

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALBERTO CAZARES RODRUIGUEZ,<br><br>　　　　Debtor,<br>vs.<br><br>1401-1463 NORTH BROADWAY<br>MAINTENANCE CORPORATION, ET AL.,<br><br>　　　　Respondents. | Case No. 11-16362-LT7<br><br>**STIPULATION RE DEBTOR'S MOTION FOR CONTEMPT AND SANCTIONS; MEDIATION** |

　　　　Jorge Alberto Cazarez Rodriguez's ("Debtor"), Motion For Contempt and Sanctions ("Motion") against 1401-1463 North Broadway Maintenance Corporation, et al. ("Respondents") is currently set to be heard on September 11, 2014, at 10:00 a.m. in Department 3, Room 129, in the United States Bankruptcy, Southern District of California.

　　　　The parties, through their respective attorneys, STIPULATE AS FOLLOWS:

　　　　1.　　The parties agree to attempt resolution through the court's mediation program. The parties agree to hold the mediation session as soon as practicable, but no later than October 15, 2104.

　　　　2.　　The hearing on Debtor's Motion currently scheduled for September 11, 2014, will proceed as scheduled but operate as a status conference where the parties will inform the court

BREMER WHYTE BROWN &
O'MEARA LLP
501 WEST BROADWAY
SUITE 1750
SAN DIEGO, CA 92101
(619) 236-0048

about their intention to use the mediation process, the date of the mediation, and the mediator who will preside over the session. The parties select the following voluntary mediators chosen from the court's approved bankruptcy mediation panel, in order of preference:

    i. Leslie Gladstone
    ii. Richard Kipperman
    iii. Michael O'Halloran
    iv. D.J. Rausa

3. Should the mediation process fail to secure a resolution, Respondents will be required to file and serve an opposition to Debtor's Motion no later than seven (7) days after the date of the mediation.

4. Should the mediation process fail to secure a resolution, the Debtor will be required to file and serve a reply to Respondent's opposition no later than fourteen (14) days after the date of the mediation.

5. A hearing on Debtor's Motion and the results of the mediation process will be held on November 13, 2014, at 10:00 a.m. in Department 3, Room 129, in the United States Bankruptcy, Southern District of California, or some other date of the court's choosing.

IT IS SO STIPULATED

Dated: August 28, 2014          BANKRUPTCY LAW CENTER, APC

By: _____

Ahren A. Tiller, Esq.
Attorneys for Debtor Jorge Alberto Cazares Rodriguez

| | |
|---|---|
| Dated: August 28, 2014 | BREMER WHYTE BROWN & O'MEARA, LLP<br><br>By: _____<br>Vik Nagpal, Esq.<br>Brad Beherns, Esq.<br>Attorneys for Respondents 1401-1463 North Broadway Maintenance Corporation, et al. |

CSD 3010 [04/28/96]
Name, Address, Telephone No. & I.D. No.

BREMER WHYTE BROWN & O'MEARA LLP
Vik Nagpal, State Bar Number 214455
Brad Beherns, State Bar Number 276651
501 W Broadway, Suite 1750
San Diego, CA 92101
Tel: 619-236-0048 / bbeherns@bremerwhyte.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
JORGE ALBERTO CAZARES RODRUIGEZ

Debtor.

BANKRUPTCY NO. 11-16362-LT7

Plaintiff(s)

ADVERSARY NO.

v.
1401-1463 NORTH BROADWAY MAINTENANCE CORPORATION, ET AL.

Defendants(s)

## PROOF OF SERVICE

I, <u>Ghelenn Espanto</u>, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served a copy of the following documents [describe each document served]:
Stipulation RE: Debtor's Motion for Contempt and Sanctions; Mediation

on <u>August 28, 2014</u> by: (See Attached Service List for Electronic Service)
     [date]

☑ Mail Service - Regular, first class United States mail, postage fully pre-paid, addressed to:
Jorge Alberto Cazares Rodruiguez
P.O. Box 926, San Marcos, CA 92079

☐ Personal Service - By leaving the documents with the following named person(s) or an officer or agent of the person(s) at:

☐ Residence Service - By leaving the documents with the following adult at:

Under penalty of perjury, I declare that the foregoing is true and correct.

<u>August 28, 2014</u>                                    [Signature]
     [Date]

| Print Name | Ghelenn Espanto |
| --- | --- |
| Business Address | 1701 W Broadway, Suite 1750 |
| City, State, ZIP | San Diego, CA 92101 |

CSD 3010

<u>Rodruigez v. 1401-1463 North Broadway Maintenance Corporation, et al.</u>

Case No. 11-16362-LT7

**BWB&O CLIENT:** 1401-1463 North Broadway Maintenance Corporation and Elite Community Management

**BWB&O FILE NO.:** 1178.057

<u>**SERVICE LIST**</u>

| Ahren Tiller<br>Bankruptcy Law Center<br>1230 Columbia St., Ste. 1100<br>San Diego, CA 92101<br>(619) 894-8831<br>Fax : (866) 444-7026<br>Email: atiller@blc-sd.com | Carolina Kotzias<br>Bankruptcy Law Center<br>1230 Columbia St., suite 1100<br>San Diego, CA 92101<br>619-894-8831<br>Fax : 1-866-444-7026<br>Email: carolina@blc-sd.com | Debtor-<br><br>Jorge Alberto Cazares Rodriguez<br>PO Box 926<br>San Marcos, CA 92079 |
|---|---|---|
| Trustee-<br><br>Ronald E. Stadtmueller<br>10755 Scripps Poway Pkwy., #370<br>San Diego, CA 92131<br>858-564-9310 | | |

BREMER WHYTE BROWN & O'MEARA LLP
501 WEST BROADWAY
SUITE 1750
SAN DIEGO, CA 92101
(619) 236-0048

2

H:\1178\057\PROOF OF SERVICE.docx