NTF
Rev. 07/13

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Jorge Alberto Cazares Rodriguez**
PO Box 926
San Marcos, CA 92079
xxx–xx–0688
*Debtor Aliases:* Jorge Cody Cazares;Jorge Alberto Cazares

Case number: 11–16362–LT7
Chapter: 7
Judge  Laura S. Taylor

### Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **24** and/or Claim Number   filed on: **8/28/14**   Title of Document: **Substitution of Attorney**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**Other reason––See OTHER section below.**

**Service was not completed on:**

☐ Debtor          ☐ Attorney          ☐ Trustee          ☐ U.S. Trustee

**ACTION TAKEN BY COURT**
☐ Atty/Debtor/Movant contacted on          via ☐ Tel/Voice Mail     ☐ Email  ☐ Mail or Other

**ACTION REQUIRED BY FILER**

**OTHER:** **Please resubmit using the Orders Outbox process. Thank you.**

Dated: 8/28/14

Barry K. Lander
Clerk of the Bankruptcy Court