TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor:     JORGE ALBERTO CAZARES RODRIGUEZ

Number:    11-16362-LT7

Hearing:    10:00 AM   Thursday, September 11, 2014

Motion:     MOTION FOR CONTEMPT AND SANCTIONS AGAINST 1401 – 1463 NORTH BROADWAY MAINTENANCE CORPORATION; RANCHO BERNARDO CONDOMINIUM MANAGEMENT INC. DBA ELITE COMMUNITY MANAGEMENT; AND SOMMERSET WOODS HOMEOWNER'S ASSOCIATION FOR VIOLATION OF THE DISCHARGE INJUNCTION FILED ON BEHALF OF JORGE ALBERTO CAZARES RODRIGUEZ (fr 7/31/14)

Hear as status.   See Dkt. # 25.